

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LEROY CHATMAN | * | CIVIL ACTION |
| VERSUS | * | NO: 05-1481 |
| JAMES D. MILLER, JR., ET AL | * | SECTION: "D"(1) |

### ORDER, REASONS AND JUDGMENT

After considering the §2254 Petition filed by Leroy Chatman, the State's Response, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Doc. No. 8), and Petitioner's Objections to the Magistrate Judge's Report and Recommendation (Doc. No. 9), the Court approves the Report and Recommendation of the Magistrate Judge and adopts it as its opinion regarding Petitioner's claims that he was entrapped, his sentence was excessive, and he received ineffective assistance of counsel.

Further, regarding Petitioner's claim that "the evidence was insufficient to convict him because the State's evidence was discredited by the video of the transaction,"[1] the court finds that Petitioner has failed to make any showing of particularity to

---

[1] Petitioner's Memorandum in Support of his §2254 Petition, Doc. No. 1, p. 4.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

support such a claim. Finally, to the extent that Petitioner is attempting to amend his §2254 Petition, through his Objections to the Magistrate Judge's Report and Recommendation, to make a claim that there was insufficient evidence that his cocaine distribution took place within 1000 feet of a school, the court finds that Petitioner has failed to present such a claim to the Louisiana Supreme Court, and thus he has failed to exhaust his remedies available in the courts of the State.[2]  28 U.S.C. §2254(b)(1)(A). Accordingly;

**IT IS ORDERED, ADJUDGED AND DECREED** that the §2254 Petition of Leroy Chatman for federal *habeas corpus* relief is **DISMISSED WITH PREJUDICE**, to the extent that Petitioner is claiming that he was entrapped, his sentence was excessive, he received ineffective assistance of counsel, and the evidence was insufficient to convict him because the State's evidence was discredited by the video of the transaction.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, to the extent Petitioner has amended his §2254 Petition by claiming (through his Objections to the Magistrate Judge's Report and Recommendation) that there was insufficient evidence that his

---

[2] Petitioner has exhausted his remedies in state court on his insufficiency claims that State's evidence was discredited by the video of the transaction and he was entrapped. The record reflects that, prior to the filing of his Objections to the Magistrate Judge's Report and Recommendation, Petitioner has not raised the "1000 feet" issue.

cocaine distribution took place within 1000 feet of a school, the *Amended* Petition of Leroy Chatman for federal *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his state-court remedies.[3]

New Orleans, Louisiana, this 9 day of Nov , 2005.

A.J. McNAMARA
UNITED STATES DISTRICT JUDGE

---

[3] Whether or not Petitioner attempts to exhaust his state-court remedies on his claim that there was insufficient evidence that his cocaine distribution took place within 1000 feet of a school, this court makes no comment on whether or not such a claim would be timely.